834

No. 295. WHEELER-VAN LABEL CO., SUBSIDIARY OF STECHER-TRAUNG-SCHMIDT CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Richard L. Epstein* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 297. PURER & CO. ET AL. *v.* AKTIEBOLAGET ADDO ET AL. C. A. 9th Cir. Certiorari denied. *Joseph W. Fairfield* for petitioners. *Harold A. Black* for respondents.

No. 298. ROSENTHAL ET AL. *v.* ASH, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr., Gilbert H. Hennessey, Jr.,* and *John J. Crown* for petitioners. *Malcolm M. Gaynor* for Ash et al., and *Edwin A. Rothschild* and *Ralph R. Mickelson* for Holleb, respondents.

No. 299. REGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John T. Casey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Grant W. Wiprud* for the United States.

No. 302. MAYNARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 303. TURNER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. *Raymond L. Brown* for petitioner.